IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| Plaintiff, | : |
| v. | : Criminal Action No. 05-15-SLR |
| JOSEPH PRYER, | : |
| Defendant. | : |

## ORDER

Having considered Defendant's Motion to Extend Time to File Pretrial Motions,

**IT IS HEREBY ORDERED** this  5th  day of  May , 2005, that Defendant Pryer's pretrial motions shall be due on the  1st  day of  June , 2005.

_____
Honorable Sue L. Robinson
United States District Court