IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Criminal Action No. 05-15 |
| | ) |
| JOSPEH PRYER, | ) |
| | ) |
| Defendant. | ) |

**SUBSTITUTION OF COUNSEL**

Please withdraw the appearance of Assistant United States Attorney Keith M. Rosen and enter the appearance of Assistant United States Attorney Anne Park as counsel of record for the government in the above-captioned case.  Please be advised that Keith M. Rosen no longer has responsibility for this case and all notices of action taken in connection with this matter should be directed to Assistant United States Attorney Anne Park.

                    Respectfully submitted,

                    COLM F. CONNOLLY
                    United States Attorney

By:    /s/_____
         Keith M. Rosen
         Assistant United States Attorney

Dated: May 13, 2005

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA,      ) | |
| ) | |
| Plaintiff,      ) | |
| ) | |
| v.      ) | Criminal Action No. 05-15 |
| ) | |
| JOSEPH PRYER      ) | |
| ) | |
| Defendant.      ) | |

## CERTIFICATE OF SERVICE

I, Jennifer Brown, an employee in the Office of the United States Attorney, hereby certify under penalty of perjury that on May 13, 2005, I electronically filed:

## SUBSTITUTION OF COUNSEL

with the Clerk of Court using CM/ECF.  Said document is available for viewing and downloading from CM/ECF, which will send notification of such filing(s) to the following:

Eleni Kousoulis, Esquire
Assistant Federal Public Defender
704 King Street, Suite 110
Wilmington, DE 19801
Attorney for Defendant,
Joseph Pryer


/s/
Jennifer Brown