IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Crim. No. 05-015-SLR ) |
| JOSEPH PRYER, | ) ) |
| Defendant. | ) |

O R D E R

At Wilmington this 3d day of June, 2005,

IT IS ORDERED that a telephonic status conference is scheduled for **Friday, June 10, 2005** at **9:15 a.m.**, with the court initiating said call.

_____
United States District Judge