IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

UNITED STATES OF AMERICA,    )
                             )
    Plaintiff,               )
                             )
v.                           ) Crim. No. 05-015-SLR
                             )
JOSEPH PRYER,                )
                             )
    Defendant.               )

O R D E R

At Wilmington this 10th day of June, 2005, having conferred with counsel;

IT IS ORDERED that an evidentiary hearing is scheduled to commence on **Thursday, July 7, 2005** at **10:30 a.m.** in courtroom 6B, sixth floor Federal Building, 844 King Street, Wilmington, Delaware.

                                               _____
                                               United States District Judge