

**U.S. Department of Justice**

*United States Attorney's Office*
*District of Delaware*

---

*Nemours Building*  *(302) 573-6277*
*1007 Orange Street, Suite 700*  *FAX (302) 573-6220*
*P.O. Box 2046*
*Wilmington, Delaware 19899-2046*

June 30, 2005

The Honorable Sue L. Robinson
U.S. District Court
844 King Street
Wilmington, Delaware 19801

    Re:   **United States v. Joseph M. Pryer**
            <u>**Criminal Action No.   05-15-SLR**</u>

Dear Chief Judge Robinson:

    I write to inform you that the defendant, through his counsel, has accepted the government's plea offer. Enclosed please find a copy of the Memorandum of Plea Agreement setting forth the terms of the agreement between the parties. An evidentiary hearing on the defendant's motion to suppress evidence has been scheduled for July 7, 2005, at 10:30 am. The parties respectfully request that the evidentiary hearing date be converted to a change of plea hearing date.

                          Respectfully submitted,

                          COLM F. CONNOLLY
                          United States Attorney

                    BY:     /s/
                          Anne Y. Park
                          Assistant United States Attorney

cc:   Clerk of Court
       Eleni Kousoulis, Esquire