IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v.            )<br>)<br>JOSEPH PRYER,             )<br>)<br>         Defendant.   ) | Criminal Action No. 05-15-SLR |

## NOTICE OF SUBSTITUTION OF COUNSEL

Please withdraw the appearance of Assistant United States Attorney Anne Park as attorney of record on behalf of the United States of America, and enter the appearance of Assistant United States Attorney Richard G. Andrews.

                                            COLM F. CONNOLLY
                                            United States Attorney

                                            By: /s/ Richard G. Andrews
                                            Richard G. Andrews
                                            Assistant United States Attorney
                                            Nemours Building, #700
                                            P.O. Box 2046
                                            Wilmington, Delaware 19899-2046
                                            richard.andrews2@usdoj.gov

Dated: August 23, 2005

## CERTIFICATE OF SERVICE

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) Criminal Action No. 05-15-SLR |
| | ) |
| JOSEPH PRYER, | ) |
| | ) |
| Defendant. | ) |

I, Sharon L. Bernardo, employee with the United States Attorney's Office, hereby certify that on August 23, 2005, I electronically filed the foregoing:

**NOTICE OF SUBSTITUTION OF COUNSEL**

with the Clerk of the Court using the CM/ECF which will send notification of such filing to:

>Eleni Kousoulis, Esquire
>Federal Public Defender's Office
>First Federal Plaza, suite 110
>704 King Street
>Wilmington, Delaware 19801
>ecf_ek@msn.com

/s/ Sharon L. Bernardo