IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| Plaintiff, | : | |
| v. | : | Criminal Action No. 05-15-SLR |
| JOSEPH PRYER, | : | |
| Defendant. | : | |

**ORDER**

Having considered Defendant's Motion to for Continuance of Sentencing Date,

**IT IS HEREBY ORDERED** this _____ day of _____, 2005, that Defendant Pryer's sentencing hearing be rescheduled for _____ at _____ a.m./p.m.

_____
Honorable Sue L. Robinson
United States District Court