IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| Plaintiff, | : |
| v. | : Criminal Action No. 05-15-SLR |
| JOSEPH PRYER, | : |
| Defendant. | : |

## ORDER

Having considered Defendant's Motion to for Continuance of Sentencing Date,

**IT IS HEREBY ORDERED** this _16th_ day of _November_, 2005, that Defendant Pryer's sentencing hearing be rescheduled for _January 19, 2006_ at _4:30_ a.m./**p.m.**

_____
Honorable Sue L. Robinson
United States District Court