IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Criminal Action No. 05-15-SLR |
| ) | |
| JOSEPH M. PRYER, ) | |
| ) | |
| Defendant. ) | |

**MOTION AND ORDER TO DISMISS**

NOW COMES the United States of America, by and through its attorney, Richard G. Andrews, First Assistant United States Attorney for the District of Delaware, and hereby moves this Honorable Court to dismiss Counts II, III, and V of the Indictment pursuant to the Memorandum of Plea Agreement dated July 7, 2005.

COLM F. CONNOLLY
United States Attorney

By: _____
Richard G. Andrews
First Assistant United States Attorney

Dated: January 19, 2006

SO ORDERED this ___19th___ day of ___January___, 2006.

_____
HONORABLE SUE L. ROBINSON
United States District Court