Joseph M. Pryer
Fed. Reg. No. #04947-015
c/o F.C.I. Schuylkill
Post Office Box 759
Minersville, Pennsylvania 17954-0759


Office Of The Clerk
United States District Court
J. Caleb Boggs Federal Building, Rm. 4209,
844 N. Kitng Street, Lockbox 18,
Wilmington, Delaware 19801


                                                                         July 13th, 2006


                  RE:    United.States.v..Pryer,
                            Case No. 05-15-SLR

Dear Clerk;

        I am presently in the process of initiating "timely" post-conviction habeas corpus proceedings in relation to this above-captioned matter and, thereby, seeking to have my sentence vacated, set aside or, otherwise, corrected, pursuant to and in accordance with 28 U.S.C. § 2255. Therefore, my primary purpose for writing your office in this regard, is to request your assistance in obtaining a copy of my Change Of Plea Colloquy and Sentencing Hearing Transcripts so that I will be able to more effectively represent and argue my claim(s), based on the facts of established record, as is required in that judicial context.


        If, of course, payment is required for the procurement of these requested documents as I would suspect, if you would advise me of the procedures I must pursue I can make arrangements to have some family member make the necessary payments, or have the funds deducted from my personal account and sent to your office to meet my obligations.


        I do not need to emphasize the importance of these documents for my endeavors to you, since you are well aware of the Rules controlling the habeas corpus procedures in this district. However, since the rules differ from district to district, in this regard, I also request that you forward me a copy of the Local Court Rules for filing a § 2255 petition in this judicial district.


(1)

In closing, I deeply appreciate your kind indulgence and thank you, in advance, for any professional assistance you can and are willing to provide me in this area. If there should be a need for any further information, or instructions in this particular regard, please don't hesitate to contact me.

I patiently await your reply.

/S/..............................
Joseph M. Pryer

JMP/haa
cc: Personal File

(2)

```
Joseph M. Pryer, #04947-015
Federal Correctional Institution Schuylkill
P.O. Box 759
Minersville, PA 17954-0759

Mailed from
Federal Correctional Institution
Schuylkill Pa.
```

HARRISBURG PA 171
13 JUL 2006 PM 3 T

```
TO Office Of The Clerk
   United States District Court
   J. Caleb Boggs Fed. Build., Room 4209,
   844 N. King Street, Lockbox 18,
   Wilmington, Delaware 19801
```

["LEGAL_MAIL"]