OFFICE OF THE CLERK
**UNITED STATES DISTRICT COURT**
DISTRICT OF DELAWARE

| | |
|---|---|
| Peter T. Dalleo<br>CLERK OF COURT | LOCKBOX 18<br>844 KING STREET<br>U.S. COURTHOUSE<br>WILMINGTON, DELAWARE 19801<br>(302) 573-6170 |

July 27, 2006

TO: Joseph M. Pryer
    #04947-015
    Federal Correctional Institution Schuylkill
    P.O. Box 759
    Minersville, PA 17954-0759

*RE: Instructions for Filing a Motion to Vacate; CR 05-15(SLR)*

Dear Mr. Pryer:

   This office received a letter from you on 7/17/06 requesting instructions for filing a motion to vacate. Enclosed please find the above mentioned papers.

   I trust that this letter answers your questions concerning this matter. Nothing contained in this letter is intended to express an opinion as to the merits of any claims which you may be alleging.

                                        Sincerely,

/bad                                    PETER T. DALLEO
                                        CLERK

cc: The Honorable Sue L. Robinson
enc: Motion to Vacate Forms