OFFICE OF THE CLERK
# UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

Peter T. Dalleo
CLERK

LOCKBOX 18
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801
(302) 573-6170

August 7, 2006

To:  Joseph M. Pryer
     #04947-015
     Federal Correctional Institution Schuylkill
     P.O. Box 759
     Minersville, PA 17954-0759

RE:  TRANSCRIPTS; CR 05-15-SLR

Dear Mr Pryer:

This office received a letter from you on 7/17/06 requesting transcripts of your change of plea and sentencing hearings. Enclosed please find the transcript of the January 19, 2006 sentencing hearing. The transcript of the change of plea hearing will follow shortly.

I trust that this letter answers your questions concerning this matter. Nothing contained in this letter is intended to express an opinion as to the merits of any claims which you may be alleging.

/fmt

Sincerely,

Peter T. Dalleo
Clerk of Court

cc: The Honorable Sue L. Robinson
enc: Copy of Transcript (D.I. 32)