Joseph M. Pryer,
Fed. Reg. No. #04947-015
c/o F.C.I. Schuylkill
Post Office Box 759
Minersville, Pennsylvania 17954-0759


Mr. Peter T. Dalleo, Clerk Of Court,
United States District Court
Lockbox 18, 844 King Street,
J. Caleb Boggs Federal Building, Rm. 4209,
Wilmington, Delaware 19801

August 9th, 2006

RE:   United States v. Pryer
      Case No. 05-15-SLR

FILED
AUG 14 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

BP scanned

Dear Mr. Dalleo;

     On July 13th, 2006, I wrote a letter to your office seeking advise on the necessary procedures in this judicial district for obtaining copies of the Transcript(s) from the Change of Plea colloquy proceedings and the Sentencing Hearing held in this case, for the expressed purpose(s) of filing a pro se petition pursuant to and in accordance with 28 U.S.C. § 2255. I also informed your office, therein, that I am prepared to pay the cost for these requested documents, if necessary, and arrangements could be made for some family member of mine to come into your office and make the payments.

     On or about July 30th, 2006, through some obvious confusion, however, I received a standard § 2255 form from your office. The form, alone, serves me no purpose if I cannot obtain the Transcript(s) from the above-mentioned proceedings so that I can review the records in search of facts to support the claims in intend to raise for post-conviction, collateral, habeas corpus relief(s).

     Therefore, I am once again requesting guideance from your office, with regard to my obligations for the procurement of these essential court papers.

(1)

    I deeply appreciate your kind and considerate indulgence and thank you, once again, in advance, for any professional assistance that you and/or someone else from your office can and are willing to give me in this matter.

    I patiently await your reply.

                                             Respectfully

                                       /S/_____
                                          Joseph M. Pryer

JMP/haa
cc: Personal Files

Joseph M. Pryer, #04947-015
FCI Schuylkill
P.O. Box 759
Minersville, PA 17954-0759

HARRISBURG PA 171
10 AUG 2006 PM 1 L

TO Mr. Peter T. Dalleo, Clerk Of Court,
United States District Court, Lockbox 18,
J. Caleb Boggs Federal Building
844 King Street, Room 4209,
Wilmington, Delaware 19801

["LEGAL MAIL"]