OFFICE OF THE CLERK
**UNITED STATES DISTRICT COURT**
DISTRICT OF DELAWARE

Peter T. Dalleo
CLERK

LOCKBOX 18
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801
(302) 573-6170

August 16, 2006

To:   Joseph M. Pryer
      #04947-015
      Federal Correctional Institution Schuylkill
      P.O. Box 759
      Minersville, PA 17954-0759


RE:   TRANSCRIPTS; CR 05-15-SLR

Dear Mr Pryer:

This office received a letter from you on 7/17/06 requesting transcripts of your change of plea and sentencing hearings. Enclosed please find the transcript of the July 7, 2005 change of plea hearing.

I trust that this letter answers your questions concerning this matter. Nothing contained in this letter is intended to express an opinion as to the merits of any claims which you may be alleging.

/fmt

Sincerely,

Peter T. Dalleo
Clerk of Court

cc: The Honorable Sue L. Robinson
enc: Copy of Transcript (D.I. 35)