UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

Beth Moskow-Schnoll, Esq.
Assistant United States Attorney
Acting Criminal Chief
The Nemours Building
1007 Orange Street, Suite 700
P.O. Box 2046
Wilmington, Delaware 19899-2046

RE: **NOTICE OF FILING OF A WRIT OF HABEAS CORPUS UNDER 28 U.S.C. 2255**

Dear Ms. Moskow-Schnoll:

Pursuant to Rule 3 of the rules governing the procedure in the District Court on a motion under 28 U.S.C. 2255, a copy of the motion is herewith served upon you together with the notice that the motion was filed on January 24, 2007 as follows:

**UNITED STATES OF AMERICA v. JOSEPH M. PRYER**
Criminal Action No. <u>05-15-SLR</u>

Sincerely,

*Francesca Tassone*
Deputy Clerk

I hereby acknowledge receipt of the original of this notice together with a copy of the motion on the _____ day of _____, 2007.

_____
Signature

_____
Title

Date:     **January 25, 2007**

cc:       Joseph M. Pryer
          04947-015
          F.C.I. Schuylkill
          P.O. Box 759
          Minersville, PA 17954-0759