IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Criminal Action No. 05-15-SLR |
| | ) | |
| JOSPEH PRYER, | ) | |
| | ) | |
| Defendant. | ) | |

### SUBSTITUTION OF COUNSEL

Please withdraw the appearance of Assistant United States Attorney Richard G. Andrews and enter the appearance of Assistant United States Attorney Ilana H. Eisenstein as counsel of record for the government in the above-captioned case. Please be advised that Richard G. Andrews no longer has responsibility for this case and all notices of action taken in connection with this matter should be directed to Assistant United States Attorney Ilana H. Eisenstein.

                                                Respectfully submitted,

                                                COLM F. CONNOLLY
                                                United States Attorney

                                  By:    /s/ Ilana H. Eisenstein
                                           Ilana H. Eisenstein
                                           Assistant United States Attorney

Dated: January 30, 2007

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Criminal Action No. 05-15-SLR |
| | ) |
| JOSEPH PRYER | ) |
| | ) |
| Defendant. | ) |

**CERTIFICATE OF SERVICE**

I, Jennifer Brown, an employee in the Office of the United States Attorney, hereby certify under penalty of perjury that on January 30, 2007, I electronically filed:

**SUBSTITUTION OF COUNSEL**

by causing two (2) copies of said document to be delivered via U.S. Mail to at the following address:

Joseph Pryer
04947-015
F.C.I. Schuylkill
P.O. Box 759
Minersville, PA 17954-0759

/s/Jennifer Brown
Jennifer Brown