IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| JOSEPH M. PRYER, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | Criminal Action No. 05-15-SLR |
| v. | ) | Civil Action No. 07-46-SLR |
| | ) | |
| UNITED STATES of AMERICA, | ) | |
| | ) | |
| Respondent. | ) | |

FILED
MAR 1 2 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

**AEDPA ELECTION FORM**

1. __X__   I wish the Court to rule on my § 2255 Bb scanned motion as currently pending. I realize that the law does not allow me to file successive or later petitions unless I receive certification to do so from the United States Court of Appeals for the Third Circuit; therefore, this motion will be my one opportunity to seek federal habeas corpus relief.

2. _____   I wish to amend my § 2255 motion to include all the grounds I have. I will do so within thirty (30) days. I realize that the law does not allow me to file successive or later motions unless I receive certification to do so from the United States Court of Appeals for the Third Circuit; therefore, this amended all-inclusive motion will be my one opportunity to seek federal habeas corpus relief.

3. _____   I wish to withdraw my § 2255 motion without prejudice to file one all-inclusive motion in the future; that is, one that raises all the grounds I have for federal habeas corpus relief. I realize this all-inclusive motion must be filed within the one-year period as defined by 28 U.S.C. § 2244(d). See Swartz v. Meyers,

        204 F.3d 417 (3d Cir. 2000).

4. _____    I am not seeking federal habeas corpus relief under § 2255.  I am instead seeking relief under _____.

_____
Petitioner *[signed: Joseph Pyee]*

