IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JOSEPH M. PRYER, | ) |
| | ) |
| Petitioner, | ) |
| | ) Criminal Action No. 05-15-SLR |
| v. | ) Civil Action No. 07-46-SLR |
| | ) |
| UNITED STATES of AMERICA, | ) |
| | ) |
| Respondent. | ) |

## O R D E R

At Wilmington this 15th day of March, 2007, IT IS HEREBY ORDERED that the government shall respond to petitioner's motion to vacate, set aside, or correct sentence filed pursuant to 28 U.S.C. § 2255, (D.I. 37), on or before May 18, 2007.

_____
United States District Judge